UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-17727-LMI

IN RE:
CARLOS ALBERTO PACHECO
    Debtor
_____/

TRUSTEE'S OBJECTION TO CLAIM ON NEGATIVE NOTICE
NOTICE OF TRUSTEE'S OBJECTION TO
CLAIM # 1.3 FILED BY American Honda Finance

IMPORTANT NOTICE TO CREDITORS

    This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.
    If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee, Nancy K Neidich, Esquire, P.O. Box 279806, Miramar, Florida 33027. OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.
    If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.
    The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

    Pursuant to Bankruptcy Rule 3007, the Trustee objects to the following claims(s) filed in this case::

| Claim # | Name of Claimant |
|---|---|
| 1.3 | American Honda Finance. |

Recommended Disposition Strike and Disallow: This Court has entered an order stating that the claim will not receive a distribution from the Chapter 13 estate. The amended claim appears to seek a claim against the estate without rehearing the order on the objection. The plan provide that the claim will be paid directly by the debtor . The Court entered an order disallowing the amended claim filed January 5, 2018.

The second amended Claim should also be disallowed and the Creditor should be required to obtain Court permission to file any subsequent amendments . .

         RESPECTFULLY SUBMITTED:
         NANCY K. NEIDICH, ESQUIRE
         STANDING CHAPTER 13 TRUSTEE
         P.O. BOX 279806
         MIRAMAR, FL 33027-9806

         By: /s/
         Nancy K. Neidich, Esq.
         Chapter 13 Trustee
         Amy E. Carrington, Esq.
         *Senior Staff Attorney*
         FLORIDA BAR NO: 101877

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Objection to Claim  # 1.3 was served through NEF on debtor's attorney and to Betris Echols, Esq attorney for American Honda Financial Corporation and  by US First Class Mail to the following on 10/1/2018  :

American Honda Finance Corporation
P.O. Box 168088
Irving, TX  75016-8088

         /s/
         Amy E Carrington, Esq